ACCEPTED
04-14-00707-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 3:14:08 PM
KEITH HOTTLE
CLERK

# No. 04-14-00707-CV

IN THE COURT OF APPEALS FOR THE
FOURTH JUDICIAL DISTRICT OF TEXAS
SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/7/2015 3:14:08 PM
KEITH E. HOTTLE
Clerk

## Melissa Broquet and John Broquet,
## Appellants

### v.

## Walter Mortgage Company LLC, et al.,
## Appellees

From the 229ᵗʰ District Court of Duval County, Texas
*{The Hon. Robert Blackmon Presiding, Sitting by Assignment}*

## OBJECTION AND OPPOSITION TO SECOND "MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF"

THE LAW OFFICE OF
AUDREY MULLERT VICKNAIR

Audrey Mullert Vicknair
State Bar No. 14650500
802 N. Carancahua, Ste. 1350
Corpus Christi, Texas 78401-0022
 (361) 888-8413; fax (361) 887-6207
avicknair@vicknairlaw.com

JORDAN HYDEN WOMBLE CULBRETH
& HOLZER, P.C.

Kenneth M Culbreth, Jr.
State Bar No. 05207525
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401-0341
(361) 884-5678; fax (361) 888-9149
kculbreth@jhwclaw.com

*Attorneys for Appellees*

1

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

COME NOW Appellees and file their Objection and Opposition to Second "Motion for Extension of Time to File Appellant's Brief." The Motion wholly fails to comply with TEX. R. APP. P. 10.5, in that it contains none of the proper procedural history of the case, seeks no new deadline, and provides no proper reason for an extension. The Motion is instead an unverified attack against Appellees Walter Mortgage Company, et al, with no basis whatsoever. This is not a Motion for Extension of Time. In addition, no Certificate of Conference is included, and indeed counsel for Appellees were not consulted before the filing of this Motion. Nor were counsel for Appellees consulted prior to the filing of Appellants' First Motion for Extension of Time, which likewise did not include a certificate of conference but was granted nonetheless.

Appellees Walter Mortgage Company et al object to and oppose in all things this filing, which should be struck as failing to comply with any Rule of Appellate Procedure. This is not a proper Motion for Extension of Time.

Appellees further object to an extension of time of any length (which is unknown, given that no length is stated in the motion). Appellants must comply with the Rules and file their Brief now that one 30-day extension has already been granted.

Appellants have not complied with the Rules when filing a motion for extension of time.  Their current motion should in all things be struck and the relief requested denied.

## **PRAYER**

WHEREFORE Appellees pray the Court to sustain their objection and opposition to Appellants' Second "Motion for Extension of Time" and strike the motion.  At a minimum the Court must overrule the motion.  Appellees pray for all other and further relief to which they are entitled.

Respectfully submitted,

*/s/ Audrey Mullert Vicknair*__
Audrey Mullert Vicknair
State Bar No. 14650500
**LAW OFFICE OF AUDREY MULLERT VICKNAIR**
802 N. Carancahua, Ste. 1350
Corpus Christi, Texas 78401-0022
(361) 888-8413; (361) 887-6207 (fax)
avicknair@vicknairlaw.com

Kenneth M Culbreth, Jr.
State Bar No. 05207525
**JORDAN HYDEN WOMBLE CULBRETH & HOLZER, P.C.**
500 N. Shoreline Blvd. Ste. 900
Corpus Christi, Texas 78401-0341
(361) 884-5678; (361) 888-9149 (fax)
 kculbreth@jhwclaw.com

*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismiss has been served on the following, by and through their counsel, on this **7th day of January, 2015**, by the efile.gov electronic filing system.

Hector P. Gonzalez
202 E. St. Joseph Ave.
San Diego, Texas 78384
Hpg_law@yahoo.com

*Attorney for Appellants*

*/s/ Audrey Mullert Vicknair*
Audrey Mullert Vicknair